1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 NATALIA ROBERTSON,                  )
                                       ) No. C 07-1465 MMC
13              Plaintiff,             )
                                       )
14      v.                             )
                                       ) **STIPULATION TO DISMISS AND**
15 Department of Homeland Security, MICHAEL ) **[PROPOSED] ORDER**
   CHERTOFF, Secretary; U.S. Attorney General, )
16 ALBERTO GONZALES; United States     )
   Citizenship and Immigration Services; EMILIO )
17 T. GONZALEZ, Director; United States )
   Citizenship and Immigration Services, )
18 ALFONSO AGUILAR, Chief; United States )
   Citizenship and Immigration Services, DAVID )
19 STILL, District Director,           )
                                       )
20              Defendants.            )
                                       )
21 _____)

22      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28 ///

Stip. to Dismiss
C07-1465 MMC                              1

| | |
|---|---|
| 1  Date: May 9, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | |
| 4 | |
| 5 | /s/<br>EDWARD A. OLSEN |
| 6 | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | |
| 8 | |
| 9 | /s/ per fax signature |
| 10  Date: May ___, 2007 | JAMES M. BYRNE<br>Attorney for Plaintiff |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  May 10, 2007

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge

Stip. to Dismiss
C07-1465 MMC

1 | Date: May ____, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: May /0 , 2007

*/s/ J M Byrne*
JAMES M. BYRNE
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
MAXINE M. CHESNEY
United States District Judge

Stip. to Dismiss
C07-1465 MMC

2